IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA

CASE NO:

JAMES DAVIS

    Plaintiff,

vs.

ARBY'S, a Florida Limited Liability Company

    Defendants.

_____/

## COMPLAINT

Plaintiff, JAMES DAVIS by and through the undersigned counsel, hereby sues Defendants, ARBY'S alleges as follows:

1. This is an action for damages that exceeds the sum of FIFTY THOUSAND DOLLARS ($50,000.00), exclusive of costs, interest and attorneys' fees. The actual value of Plaintiff's claim will be determined by a fair and just jury in accordance with Article 1, Section 21, Fla. Const.

2. Plaintiff, JAMES DAVIS, is a natural person residing in Duval County, Florida.

3. At all times material to this action, Defendant, ARBY'S is a Florida profit corporation licensed to do business in the State of Florida.

4. At all times material hereto, Defendant, ARBY'S was the owner and in possession of that certain business located at 5660 Beach Blvd., Jacksonville, Florida, 32207, open to the general public, including the Plaintiff herein.

5. On or about June 14, 2022, Plaintiff, JAMES DAVIS visited the premises located at the above address as a business invitee and/or guest.

6. At said time and place, Plaintiff, JAMES DAVIS was a lawfully guest upon the premises of the Defendants, ARBY'S who owed Plaintiff a nondelegable duty to exercise reasonable care for his safety.

7. At said time and place, Defendant owed Plaintiff duties to maintain the premises in a reasonably safe condition, and to warn Plaintiff of dangerous condition on their premises.

8. At said time and place, Defendant breached these duties to Plaintiff by committing one or more of the following omissions or commissions:

　　a) Negligently failing to maintain or adequately maintain the entry way to the restaurant free from rain-water thus creating a hazard to members of the public utilizing premises, including the Plaintiff herein, thus creating an unreasonably dangerous condition for Plaintiff

　　b) Negligently creating a trip and fall hazard to members of the public utilizing said premises, including the Plaintiff herein, by allowing the rain-water to collect inside the entry doors of the premises, thus creating an unreasonably dangerous condition for Plaintiff;

　　c) Negligently failing to warn the Plaintiff of the danger created by allowing the rain-water to collect inside the entry doors of the premises that Defendant knew or through the exercise of reasonable care should have known created a tripping hazard that Plaintiff was unaware of;

　　d) Negligently failing to correct and/or inspect and/or maintain and/ repair and/or adequately correct and/or replace the unreasonably dangerous condition by allowing the rain-water to collect inside the entry doors of the premises when said condition was either known to Defendant or had existed for a sufficient length of time such that Defendant should have known of same had Defendant exercised reasonable care; and,

　　e) Negligently failing to act reasonably under the circumstances

9. As a result, while Plaintiff was visiting Defendant's business, he tripped and fell in a liquid watery substance inside the entry doors of the premises, sustaining significant personal injuries.

10. As a direct and proximate result of the negligence of Defendant, Plaintiff suffered bodily injury resulting in pain and suffering, disability, disfigurement, permanent and significant scarring, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earning, loss of the ability to earn money, and aggravation of previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, the Plaintiff, JAMES DAVIS sues the Defendant, ARBY'S for damages and demands judgment in excess of Fifty Thousand Dollars ($50,000.00), plus interest and costs, and demands trial by jury of all issues so triable.

MORGAN & MORGAN
Counsel for Plaintiff
501 Riverside Ave., Suite 1200
Jacksonville, FL 32202

By: _/s/ Joshua Taylor_
Joshua W. Taylor
Florida Bar No.: 0028542
(904) 361-7266 PHONE
(904) 366-7018 FAX
jtaylor@forthepeople.com
corinnelawson@forthepeople.com
jcoopermaynard@forthepeople.com

Filing # 176431898 E-Filed 06/29/2023 11:55:43 AM

IN THE FOURTH JUDICIAL CIRUIT COURT, IN AND FOR THE DUVAL COUNTY, FLORIDA

CASE NO.: 162023-CA-002224-XXXX-MA
DIVISION: CV-A

JAMES DAVIS,

    Plaintiff,

vs.

RTM OPERATING COMPANY, LLC
 d/b/a ARBY'S #81, a Florida Limited
Liability Company,

    Defendants.
_____/

## AMENDED COMPLAINT

    Plaintiff, JAMES DAVIS by and through the undersigned counsel, hereby files Amended Complaint to properly name Defendant as RTM OPERATING COMPANY, LLC d/b/a ARBY'S #8100 and allege as follows:

    1.    This is an action for damages that exceeds the sum of FIFTY THOUSAND DOLLARS ($50,000.00), exclusive of costs, interest and attorneys' fees. The actual value of Plaintiff's claim will be determined by a fair and just jury in accordance with Article 1, Section 21, Fla. Const.

    2.    Plaintiff, JAMES DAVIS, is a natural person residing in Duval County, Florida.

    3.    At all times material to this action, Defendant, RTM OPERATING COMPANY, LLC, a Florida Limited Liability Company, was doing business as ARBY'S licensed to do business in the State of Florida.

4. At all times material hereto, Defendant, RTM OPERATING COMPANY, LLC was the owner and in possession of that certain business located at 5660 Beach Blvd., Jacksonville, Florida, 32207, open to the general public, including the Plaintiff herein.

5. On or about June 14, 2022, Plaintiff, JAMES DAVIS visited the premises located at the above address as a business invitee and/or guest.

6. At said time and place, Plaintiff, JAMES DAVIS was a lawfully guest upon the premises of the Defendants, ARBY'S who owed Plaintiff a nondelegable duty to exercise reasonable care for his safety.

7. At said time and place, Defendant owed Plaintiff duties to maintain the premises in a reasonably safe condition, and to warn Plaintiff of dangerous condition on their premises.

8. At said time and place, Defendant breached these duties to Plaintiff by committing one or more of the following omissions or commissions:

    a) Negligently failing to maintain or adequately maintain the entry way to the restaurant free from rain-water thus creating a hazard to members of the public utilizing premises, including the Plaintiff herein, thus creating an unreasonably dangerous condition for Plaintiff

    b) Negligently creating a trip and fall hazard to members of the public utilizing said premises, including the Plaintiff herein, by allowing the rain-water to collect inside the entry doors of the premises, thus creating an unreasonably dangerous condition for Plaintiff;

    c) Negligently failing to warn the Plaintiff of the danger created by allowing the rain-water to collect inside the entry doors of the premises that Defendant knew or through the exercise of reasonable care should have known created a tripping hazard that Plaintiff was unaware of;

    d) Negligently failing to correct and/or inspect and/or maintain and/ repair and/or adequately correct and/or replace the unreasonably dangerous condition by allowing the rain-water to collect inside the entry doors of the premises when said condition was either known to Defendant or had existed for a sufficient length of time such that Defendant should have known of same had Defendant exercised reasonable care; and,

    e)  Negligently failing to act reasonably under the circumstances

  9.  As a result, while Plaintiff was visiting Defendant's business, he tripped and fell in a liquid watery substance inside the entry doors of the premises, sustaining significant personal injuries.

  10.  As a direct and proximate result of the negligence of Defendant, Plaintiff suffered bodily injury resulting in pain and suffering, disability, disfigurement, permanent and significant scarring, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earning, loss of the ability to earn money, and aggravation of previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

  WHEREFORE, the Plaintiff, JAMES DAVIS sues the Defendant, ARBY'S for damages and demands judgment in excess of Fifty Thousand Dollars ($50,000.00), plus interest and costs, and demands trial by jury of all issues so triable.

MORGAN & MORGAN
Counsel for Plaintiff
501 Riverside Ave., Suite 1200
Jacksonville, FL 32202

By: _____
Joshua W. Taylor
Florida Bar No.: 0028542
(904) 361-7266 PHONE
(904) 366-7018 FAX
jtaylor@forthepeople.com
corinnelawson@forthepeople.com
jcoopermaynard@forthepeople.com